

Christopher P. Craven (*pro hac vice*)
christopher.craven@hnbllc.com
Stephen M. Ferguson (*pro hac vice*)
stephen.ferguson@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

The following constitutes the order of the Court.
Signed: January 9, 2020

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Jonathan A. Shapiro (California Bar No. 257199)
jonathan.shapiro@bakerbotts.com
Tina V. Ngo (California Bar No. 324102)
tina.ngo@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6204
Facsimile: (415) 291-6304

Attorneys for DISH Network L.L.C.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**JADOOTV, INC.,**<br><br>Debtor. | Case No. 19-41283 (WJL)<br>Chapter 11<br><br>Adv. Pro. No. 19-04042 (WJL) |
| **JADOOTV INC.;**<br>**CLOUDSTREAM MEDIA, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISH NETWORK L.L.C.**<br><br>Defendant. | **SECOND ORDER WITH RESPECT TO RELIEF FROM STAY MOTION AND MOTION FOR PRELMINARY INJUNCTION**<br><br>Date: January 8, 2020<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>      Courtroom 220<br>      1300 Clay Street<br>      Oakland, CA 94612 |

Whereas, on August 19, 2019, DISH Network L.L.C. ("DISH") filed *DISH Network L.L.C.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d) and Memorandum of Points and Authorities* [Dkt. No. 102] (the "Relief from Stay Motion") seeking that the Court lift the automatic stay and permit DISH to prosecute its claims against JadooTV, Inc. ("JadooTV") in Cause No. 2:18-cv-09768-FMO (KSx) in the Central District of California (the "Copyright Action"); and, whereas, on August 30, 2019, JadooTV and CloudStream Media, Inc. ("CSM"), as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and as plaintiffs in the above-captioned adversary proceeding (the "Adversary Proceeding"), filed the *Debtors' Motion for a Preliminary Injunction and Temporary Restraining Order as to DISH Network L.L.C. v. JadooTV, Inc., Case No. 2:18-CV-09768-FMO-KS (C.D. Cal.)* [Dkt. No. 2, Adv. Pro. No. 19-04042] (the "Motion for Preliminary Injunction"); and the Court having held hearings on the Relief from Stay Motion and the Motion for Preliminary Injunction on September 4, September 16, 2019, and October 2, 2019; and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. DISH's Relief from Stay Motion is granted as provided herein.

2. Pursuant to the terms of this Order and effective as of the January 14, 2020, the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to JadooTV is vacated under section 362(d)(1) of the Bankruptcy Code as to DISH to allow DISH to liquidate its claims against JadooTV in the Copyright Action.

3. The 14 day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

4. DISH shall not seek to enforce any judgment against JadooTV obtained in the Civil Litigation absent further order of this Court.

5. Notice of the Relief from Stay Motion as provided therein is deemed good and sufficient notice of the Relief from Stay Motion.

6. Debtors shall dismiss the above-captioned adversary proceeding against DISH within fourteen (14) days from the date of this Order.

7. The informal standstill agreement as to DISH pursuing its claims against Sohail in

the Copyright Action shall also terminate effective January 14, 2020.

8. This Court shall retain jurisdiction to hear and determine all matters arising from and relating to the implementation, interpretation, and enforcement of this Order.

APPROVED AS TO FORM AND CONTENT:
Dated: January 8, 2020
**KELLER & BENVENUTTI LLP**

By: /s/ *Jane Kim*
Jane Kim

**END OF ORDER**

COURT SERVICE LIST

JadooTV, Inc.
5880 W. Las Positas Blvd. #37
Pleasanton, CA 94588