KELLER & BENVENUTTI LLP
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
Thomas B. Rupp (#278041)
(trupp@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtor and Debtor in Possession
and Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>**JADOOTV, INC.,**<br><br>Debtor. | Case No. 19-41283 (WJL)<br>Chapter 11<br><br>Adv. Pro. No. 19-04042 (WJL) |
| **JADOOTV INC.;**<br>**CLOUDSTREAM MEDIA, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISH NETWORK L.L.C.**<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING** |

JadooTV, Inc., as debtor and debtor in possession in the above-captioned Chapter 11 case, and CloudStream Media, Inc., both plaintiffs herein, hereby voluntarily dismiss the above-captioned adversary proceeding, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041. No opposing party has served an answer or a motion for summary judgment in this adversary proceeding.

Dated: January 23, 2020

**KELLER & BENVENUTTI LLP**

By: /s/ *Thomas B. Rupp*
    Thomas B. Rupp

*Attorneys for Debtor and Debtor in Possession and Plaintiffs*